WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| GARY B. ROACH<br>REG. # 99553 | * | CIVIL ACTION NO. 2:15-cv-1215 |
| v. | * | JUDGE MINALDI |
| WARDEN FCI OAKDALE | * | MAGISTRATE JUDGE KAY |

*****************************************************************

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 8) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that Roach's habeas corpus petition is **DISMISSED** in accordance with the provisions of Federal Rule of Civil Procedure 41(b).

Lake Charles, Louisiana, this ___7___ day of _____July_____, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE